UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APOLONIO SALDANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKANE COUNTY, a municipality; and, in her individual capacity, CHERYL SLAGLE,<br><br>　　　　　Defendants. | NO. 2:16-cv-00065-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

　　Before the Court is the parties' Stipulation for Dismissal With Prejudice and Without Costs to Any Party, ECF No. 19. The parties indicate they have settled the above-captioned case and ask that all the claims and causes of action asserted by Plaintiff against the remaining Defendants be dismissed with prejudice and without costs.[1]

　　Accordingly, **IT IS ORDERED:**

　　1. The parties' Stipulation for Dismissal with Prejudice and Without Costs to Any Party, ECF No. 19, is **GRANTED**.

---

[1] Previously, the Court granted the parties' Stipulation of Dismissal dismissing Defendant Criswell Kennedy. ECF No. 18.

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

2. Plaintiff's claims asserted against the remaining Defendants in the above-captioned case are **DISMISSED** with prejudice and without costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 15th day of May, 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**